**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

RONNIE WAYNE COLE                                                        PLAINTIFF
ADC #82924

v.                                   No. 2:12CV00052-JLH-BD

DEQUINCY LAMAR SMITH, *et al.*                                    DEFENDANTS

**ORDER**

　　Plaintiff Ronnie Wayne Cole has moved to dismiss this case voluntarily.  For good

cause, the motion is GRANTED.  Document #18.  Cole's claims are DISMISSED without

prejudice.

　　IT IS SO ORDERED this 6th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE