# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### EASTERN DIVISION

RONNIE WAYNE COLE                                                         PLAINTIFF
ADC #82924

v.                              No. 2:12CV00052-JLH-BD

DEQUINCY LAMAR SMITH, *et al.*                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED,

ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT

PREJUDICE.

IT IS SO ORDERED this 6th day of June, 2012.

_____
UNITED STATES DISTRICT JUDGE